# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). REMEMBER, a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

1. Personal Information.

Last Name: Johnson   First Name: Eric   MI: W
Street or Mailing Address: 2074 S. Oswego Way   Apt or Unit #: 201
City: Aurora   County: Arapahoe   State: Co   Zip: 80014
Phone Numbers: Home: (720) 629 4790   Work: (   )
Cell: (   )   Email Address: Jz357@live.com
Date of Birth: 12-10-1977   Sex: ☒ Male ☐ Female   Do You Have a Disability? ☐ Yes ☒ No

Please answer each of the next three questions.   i. Are you Hispanic or Latino? ☐ Yes ☒ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? USA

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Kavrena Mitchell   Relationship: wife
Address: 2074 S Oswego Way   City: Aurora   State: Co.   Zip Code: 80014
Home Phone: 720 338 0777   Other Phone: (   )

2. I believe that I was discriminated against by the following organization(s): (Check those that apply)

☒ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

Organization Contact Information (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) If more than one employer is involved, attach additional sheets.
Organization Name: Public Works Solid Waste City and County of Denver
Address: 2000 W. 3rd Ave 3rd floor   County: Denver
City: Denver   State: Co.   Zip: 80223   Phone: (303) 446-3400
Type of Business: Solidwaste mx   Job Location if different from Org. Address:
Human Resources Director or Owner Name: Kathy Billings   Phone: (720) 913 0675
Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☒ More than 500

3. Your Employment Data (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☒ No
Date Hired: 6/16/2001   Job Title At Hire: Senior utility worker
Pay Rate When Hired: $11-14   Last or Current Pay Rate: $21.89
Job Title at Time of Alleged Discrimination: Heavy Equipment oper.   Date Quit Discharged: 7/5/2013 (2035/3604)
Name and Title of Immediate Supervisor: Rich Villa   Operations Supervisor
If Job Applicant, Date You Applied for Job ____   Job Title Applied For ____

EXHIBIT 1

4. What is the reason (basis) for your claim of employment discrimination?

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☒ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information: circle which type(s) of genetic information is involved: i. genetic testing    ii. family medical history    iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: __African-American__

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): _____

5. **What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: _____ Action: _____

Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible _____

6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.

_____

7. What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?

_____

8. Describe who was in the same or similar situation as you and how they were treated. For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |

A. __Daniel Abeyta    (Latin-American)    (Heavy Equipment operator)__
He was the guilty party, and he confessed. He was given Investigatory leave with pay.

B. _____

Of the persons in the same or similar situation as you, who was treated *worse* than you?
    Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A. _____

B. _____

Of the persons in the same or similar situation as you, who was treated the *same* as you?
    Full Name        Race, Sex, Age, National Origin, Religion or Disability    Job Title        Description of Treatment

A. Durrell Boone (African-American)  (Heavy Equipment operator)
He was Fired; just as I was Without Evidence

B. _____

Answer questions 9-12 only if you are claiming discrimination based on disability. If not, skip to question 13. Please tell us if you have more than one disability. Please add additional pages if needed.

9. Please check all that apply:
    ☐ Yes, I have a disability
    ☐ I do not have a disability now but I did have one
    ☐ No disability but the organization treats me as if I am disabled

10. What is the disability that you believe is the reason for the adverse action taken against you? Does this disability prevent or limit you from doing anything? (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____
_____

11. Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?
    ☐ Yes  ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

12. Did you ask your employer for any changes or assistance to do your job because of your disability?
    ☐ Yes  ☐ No
If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____
Who did you ask? (Provide full name and job title of person)

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |

A. Daniel Abeyta (HEO) 1187 S. Irving Denver Co. 80219 (720)612-2339
Daniel will confess to all misconduct. And will say I had no part in it.

B. Darrell Boone (HEO) 2501 S. Altura Aurora Co. 80011 #(720) 841-9729
Darrell boone will confess myself and him had Nothing to do with it.

14. Have you filed a charge previously on this matter with the EEOC or another agency? ☐ Yes ☒ No

15. If you filed a complaint with another agency, provide the name of agency and the date of filing: _____

Civil Right Commission 7/18/2013

16. Have you sought help about this situation from a union, an attorney, or any other source? ☐ Yes ☒ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire. If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. **If you want to file a charge, you should check Box 2.**

BOX 1   ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

BOX 2   ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

Eric W Johnson
Signature

7-30-2013
Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are
1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C § 2000e-5(b), 29 U.S.C § 211, 29 U.S.C § 626, 42 U.S.C. 12117 a)
3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

**5/24/13:** After completing my shift of 6:30 a.m.-5:00 p.m. I clocked out at 4:53 p.m. I and coworkers: Darrell Boone (Heavy Equipment Operator), Daniel Abeyta (Heavy Equipment Operator), Tim Agular (Heavy Equipment Operator) and Ralph Gashler (Senior Utility Worker) proceeded to the North-West side of the Transfer Station Dumping Facility. We sat down outside and began a conversation about our many experiences while working through the ranks of the City and County of Denver. After approximately 15 minutes Ralph Gashler left the facility and Tim Agular left between 5:30 p.m. and 5:45 p.m. I, Darrell Boone and Daniel Abeyta continued the conversation. After approximately 1 hour I noticed Daniel Abeyta had disappeared. Darrell and I continued the conversation and at approximately 7:00 p.m. we, together, began walking to the front gate of the Cherry Creek Transfer Station grounds. As we walked by the gas pumps we noticed a light gray truck drive by us. We continued walking and proceeded through the gate to our separate vehicles and left.

**5/29/13:** Dave Peachey Jr. (Field Superintendant) asked me to write a statement regarding what I was doing between the hours of 5:00 p.m. and 8:00 p.m. on May 24, 2013. My statement read as follows:

> On May 24th between 5:00 p.m. and 8:00 p.m. I was sitting up on the hill talking to some of my fellow coworkers. We were just sitting up there talking about old times, when we started in the City and where we began and exactly how hard it was to get to where we are now.

Within 1 week of giving my statement, I was approached by Charlotte Pitt (Manager 1). She told me she had "an interesting video" from the night in question and the City was "very forgiving". She asked if I wanted to revise my statement. I told her no because I had no need to change it.

**6/10/13:** I started my vacation

**6/12/13:** I received a document (Attached) in the mail signed by Lars Williams (Director of Solid Waste) dated June 11, 2013 that stated it was a "…notification that disciplinary is being contemplated against you and that a pre-disciplinary meeting has been scheduled for Thursday, June 20, 2013, at 2:45 p.m…" The document also stated the rules of discipline, disciplinary actions taken against me over my 12 years of employment and a summary of the misconduct I was accused of. Also in the document it stated that my statement was untrue because they have video showing me onsite (which I said I was there in my statement) and a vehicle passing me. Also, it stated "You are not authorized to be onsite after work hours." which I was unaware of.

The document also states that I illegally "...allowed unauthorized individuals..." on the property to dump when clearly their list of actions states "5:29 p.m. video shows a coworker walking over to the key box, turning the gate to hold open and entering the fleet building." The document also has 2 photos of me and Darrell Boone.

**6/18/13:** I was given another document (Attached) by Richard Villa (Operation Supervisor) that "...supersedes the previous letter delivered to you on June 11, 2013." and "...reflects corrections..." This document was similar to the previous document but had a longer corrected list of the disciplinary actions given to me over my employment and no pictures.

**6/20/13:** Darrell Boone and I were driven to the pre-disciplinary meeting by Dave Peachey Jr. (Field Superintendant). At approximately 3:15 p.m. I was called into the meeting room. Sitting in the room was Kathy Billings (Senior H. R. Professional), Mike Lutz (Manager 1), Lars Williams (Director of Solid Waste), Charlotte Pitt (Manager 1) and Richard Villa (Operation Supervisor). They asked if I agreed to the meeting being recorded and I said yes. We then identified ourselves for the recording. They told me this was basically my chance to state my side of the story. I told them they already had my statement about what I was doing, and I did not know what else they wanted me to tell them. I was then asked if I had read the document given to me about what had happened on the day in question. I told them that I had read it but that it did not say I was a part of any of these things until it said the video showed me and a coworker walking towards the front gate and a truck drove by. Charlotte asked why I did not mention the truck in my statement. I told her that they had asked me to write what I was doing on that day and she shook her head in to agree. I also said that I did not know whose vehicle it was and it could have been the mechanic's, belonged to the police or anyone. I then asked whose vehicle it was and there was no response. I was then asked why I did not stop the vehicle and Lars answered "Because it is not your job" and I agreed. I then asked if they had taken a picture of the trailer number because to my knowledge BZ15 was at the mechanics shop at another facility being repaired on the night in question. There was no response. They proceeded to ask if I had seen or heard anything while at the top of the hill and I told them no. Richard asked again if I had heard anything and I responded no. They concluded by saying they would give me their decision in 15 days. The meeting was approximately 15 minutes long.

**7/5/13:** Upon returning to the Transfer Station after lunch I was told by one of my coworkers that my supervisor was looking for me. I walked into the offices where I found Richard Villa

(Operations Supervisor), Charlotte Pitt (Manager 1) and Kathy Billings (Senior H. R. Professional) waiting for me. I sat down and Charlotte told me that they felt it was in the City's best interest to dismiss me of my duties. She then handed me a "Notification of Dismissal Disciplinary Action" (Attached) and asked for my badge. I gave it to her and left the premises.

These incidents as a whole show that I was discriminated against for my race because there was no proof of me actually engaging in the misconduct and I had no knowledge of it until charges were brought against me. Their facts are wrong, because in the documents they stated that the trailer that was filled with the illegal materials was BZ15. But I have proof (Attached) that it was actually on BZ13, and proof (Attached) that BZ15 was at another facility being repaired. Their list says that all activities are seen being done by a "coworker" not me. I am not seen until 6:59 p.m. when I am observed walking to the gate and 7:02 p.m. when a truck is seen driving passed me. The documents also state that I left the facility at approximately 7:04 p.m. Daniel Abeyta (Latin-American male) confessed to ALL misconduct, said how he completed it and that I had no knowledge nor was involved. Attached is an audio recording of his confession during his pre-disciplinary meeting. Ralph Gashler (White male) and Tim Agular (Latin-American male) were also on the property after clocking out, were asked to write statements about what they were doing on 5/24/13 between 5:00 p.m. and 8:00 p.m. and received no further action. After the pre-disciplinary action meeting Daniel was given investigatory leave with pay and then days later was terminated. I (African-American male) along with Darrell Boone (African-American male), the only African-Americans on the crew, were terminated without any further evidence to support their claim.