E.

May 24 -

On may 24th between 500pm and 600pm I was sitting up on the hill talking to some of my fellow coworkers. We were just up there talking about old times when we started in the city and where we began and excactly how herd it was to get to where we are now.

*Eric Johnson*                                  5-29-13

Darly Boone
Daniel Abeyta
tim aguiller

*Eric*                                             5-29-13

EXHIBIT 3          AGENCY EXHIBIT 7-3          Johnson, Eric
000034