

**DENVER**
THE MILE HIGH CITY

Denver Public Works
Solid Waste Management

2000 W. 3rd Ave., 3rd Floor
Denver, CO 80223
p: 303-446-3557

To Whom It May Concern:

May 28, 2013 (RJ)

On ~~May 31, 2013~~ I assigned Art Padilla to use BH-23/BZ15 to haul trash to the landfill. He went out and pre-tripped his truck and came back and told me the truck had 2 flat tires. He had to wait for the tire guy to show up and fix them. In the mean time another truck (BH-18) came out of the shop. I assigned Art to that truck and a different trailer for the rest of the day. In the afternoon around 2 pm Mark Rodriguez had to turn his truck and trailer in for a quick repair but had to wait for the night mechanic to show up around 2:30pm. I asked him to fill BZ15 up since it was suppose to be empty so we could clear some of the trash off the floor. During Mark's pre-trip he noticed that the on board scale for BZ15 read 83 and we normally take them loaded at 55. He climbed up the ladder to see what was in the trailer and saw all kinds of roofing material in the trailer. He contacted me to come and see him and I climbed up the ladder and took pictures of the material in the trailer. I instructed Mark to take BH-23/BZ15 to the landfill to dump it because it is a tipper trailer and that is the only way to dump it. After dumping the trailer I asked Mark the weight and it was 29.1 tons.

I remembered that Fleet had installed some cameras over the gas pumps so I made some inquiries on how I could see the footage from the cameras. I was given the name of George Holt who I contacted and said to give him a call on Wednesday May 29, 2013. I called him the next day and arranged to go see the footage around 10:30. I had Dave Peachey Field Superintendent accompany me to go see the footage. We watched from Friday May 24, 2013 at midnight to Tuesday May 28, 2013 5:00 am. We did not see anything out of the ordinary. We then watched Friday May 24, 2013 starting at 4:00 pm when starting at 6:31 pm we witnessed 3 City employees Eric Johnson, Darrell Boone, and Daniel Abeyta on the premises during various illegal activities going on and ending around 8:15 pm.

Sincerely,

Richard Villa
Operations Supervisor Cherry Creek Transfer Station

EXHIBIT 4