# City and County of Denver
## Vehicle & Property Damage Report

**Statement from City Driver**

Today' Date: 6/3/13

Date and Time of occurrence: _____

Location: c/c

Name of person making statement: Ken Padilla

**Statement:**

I heard from Henry Hudson that someone had dumped an excessive amount of roofing material. That is how I know of the incident.

As for a truck backing up to the shop door. I do recall someone asking for an air chuck to fill a tire. I asked him if he worked here he said no. I let him fill his tire and that was it. Mostly employers ask to fill their tires very frequently we lend them an air chuck so they don't brake down here @ c/c.

I did think that was a little odd but then again people pull in all the time to drop off recycle.

Signature: Ken Padilla   6/3/13

EXHIBIT 7