IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-02095-PAB-KMT | Date: | August 6, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                              *Counsel:*

ERIC JOHNSON,                                                                Jospeh Cohen, Jr.

    Plaintiff,

v.

DEPARTMENT OF PUBLIC WORKS, SOLID WASTE          Franklin Nachman
MANAGEMENT,
CITY AND COUNTY OF DENVER, a municipal
corporation,
KATHY BILLINGS, individually and in her
representative capacity,
MIKE LUTZ individually,
LARS WILLIAMS, individually,
CHARLOTTE PITT, individually, and
RICHARD VILLA, individually,

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:32 p.m.       Court in session.**

Court calls case.  Appearances of counsel.

Mr. Cohen states the expert, Jeffrey Opp, was used only to calculate economic damages and they have no intention of calling Mr. Opp to testify and will not submit his report into evidence.

**ORDERED:   Defendants' Motion to Strike Plaintiff's Expert Disclosure [47] is
                     GRANTED.  Mr. Opp will not be called to testify on any topic at trial and his
                     report will be inadmissible for any purpose at trial.**

**1:39 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:07

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.